UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THEODORE MCCAW,<br>Defendant. | CASE NO. 25-cr-5255-BHS<br>ORDER |

This matter is before the Court on its own request for additional information concerning victim restitution as part of defendant Theodore McCaw's sentence for possession of child pornography. Dkt. 48.

On July 14, 2026, the Court held a restitution hearing on seventeen victims' requests for restitution. The Court awarded restitution to all but two of the victims. The Court concluded that before awarding restitution to "Jenny" it needed more information about her estimated loss, noting that the record contained no updated information after 2018. The Court also determined that documentation submitted on behalf of "Ali" was insufficient to warrant restitution.

The Government submitted an updated claims packet on behalf of Jenny, which included a 2024 economic report. The Government asks the Court to award her $4,000,

given the large number of files involved. The Government also submitted updated documentation on behalf of "Ali," and asks the Court to award her $3,000.

McCaw opposes the Government's restitution requests, arguing that Jenny's updated claims packet did not contain any information about her current status, including whether she receives disability or other cash benefits. Dkt. 54 at 2. He emphasizes that there is also no evidence that Jenny incurred treatment costs between 2018-2026 or that she is reasonably likely do so in the future. *Id.* McCaw asserts that Ali's request should be denied for the same reasons. *Id.*

The Court reviewed the updated documents and concludes that Jenny's "updated" report does not sufficiently clarify the Court's primary concern that Jenny has been fully compensated for her incurred and projected wage loss, and past and future medical expenses. Without a more complete accounting supporting an additional award, the Court awards Jenny the statutory minimum of $3,000.

Although the Court did not initially request information on behalf of Ali, upon review of her updated information, the Court concludes that she has not been fully compensated and that her restitution claim is reasonably related to her documented expenses. The Court also awards Ali $3,000.

**IT IS SO ORDERED.**

Dated this 26 day of August, 2026.

BENJAMIN H. SETTLE
United States District Judge